JAMES V. SCHENCK, APPELLANT, v. DANIEL P. INGRA-HAM, JR., AND OTHERS, RESPONDENTS.

*Receiver — payment by, of unfounded claims — confirmed by order of the court — remedy of creditor.*

When the evidence establishes the fact that claims, allowed and paid out of funds in the hands of a receiver by an order of the court, are fictitious and unfounded, the proper proceeding by a creditor of the fund is to apply to be made a party to the suit in which the order was made, and to have such order vacated; for in such proceeding the court has a wider discretion and greater power for relief than in an independent action depending for its success upon satisfactory proof of fraud.

* Root v. King, 7 Cow., 619 ; S. C., 4 Wend., 113.
† Baum v. Clause, 5 Hill, 196.

APPEAL from an order denying a motion to have certain orders, directing the distribution of funds in the hands of a receiver, and discharging such receiver, set aside and vacated.

The defendant Ingraham was appointed receiver in an action to settle up certain partnership affairs, and paid, as was claimed on this application, and as the General Term was of opinion, exorbitant fees to his counsel, and retained an improper sum for his own services, which acts were done, as the plaintiff claimed, in pursuance of a fraudulent agreement between the receiver and his counsel.

*Adam C. Ellis*, for the appellant.

*John E. Burrill*, for the respondent Ingraham.

Opinion by DANIELS, J.

DAVIS, P. J., concurred.

Judgment affirmed, with costs.